STATE BOARD OF INSURANCE COMMISSIONERS OF TEXAS
v. MRS. GLENN FULTON ET AL.

No. A-2755. Decided November 1, 1950.
(234 S. W., 2d Series, 389.)

*Price Daniel,* Attorney General, and *Wm. S. Scott,* Assistant, and *Joe H. Reynolds,* Special Assistant Attorney General, for the petitioner.

*Moore & Spivey,* of Bryan, for respondent.

Per Curiam:

The application for writ of error is refused, no reversible error, but without thereby affirming the holding that the cause was moot.

Opinion delivered November 1, 1950.

No rehearing applied for.